IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-59-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DAVID LOREN WALDECK, | |
| Defendant. | |

Defendant David Loren Waldeck having moved to compel disclosure of discovery without any supporting argument and to extend the motions deadline to three days before trial,

IT IS ORDERED that the motion (Doc. 18) is DENIED.

DATED this 19th day of December, 2022.

Donald W. Molloy, District Judge
United States District Court