IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LOREN WALDECK,<br><br>Defendant. | CR 22–59–M–DWM<br><br><br><br>ORDER |

Defendant David Loren Waldeck having moved for a second time to compel disclosure of discovery and to extend the motions deadline, (Doc. 21),

IT IS ORDERED that the government must respond to the motion to compel. The request to extend the motions deadline will be considered after the motion to compel is fully briefed.

DATED this 22nd day of December, 2022.

Donald W. Molloy, District Judge
United States District Court

1