IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID LOREN WALDECK, <br><br> Defendant. | CR 22–59–M–DWM <br><br><br> ORDER |

On December 16, 2022, Defendant David Loren Waldeck moved to compel the government to produce various materials and to extend the motions deadline to three days before trial. (Doc. 18.) The Court denied that motion because no argument was including in support. (Doc. 19.) On December 21, 2022, Waldeck repeated his motion, (Doc. 21), and added accompanying argument, (Doc. 22). In its response, the United States outlined its normal practice of producing materials under Federal Rule of Criminal Procedure 16. (*See* Doc. 24.) The United States also outlined specifically how it followed its normal practice in this matter to produce, or describe why it had not yet produced, every item Waldeck requested.

Therefore, Waldeck's motion to compel is unnecessary. Accordingly,

IT IS ORDERED Waldeck's motion to compel and change deadlines, (Doc. 21), is DENIED.

DATED this 29th day of December, 2022.

_____
Donald W. Molloy, District Judge
United States District Court