IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-59-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DAVID LOREN WALDECK, | |
| Defendant. | |

The government having moved unopposed to dismiss the forfeiture allegation in this matter,

IT IS ORDERED that the government's motion (Doc. 90) is GRANTED. The forfeiture allegation in the above-captioned case is dismissed and the $1,300 seized shall be returned to the defendant.

DATED this 2nd day of May, 2023.

Donald W. Molloy, District Judge
United States District Court