IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-59-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DAVID LOREN WALDECK, | |
| Defendant. | |

Defendant David Loren Waldeck having filed a pro se letter requesting the return of his vehicle, (*see* Doc. 112),

IT IS ORDERED that the letter is construed as a motion for return of property under Rule 41(g) of the Federal Rule of Criminal Procedure. Accordingly, the government must respond to Waldeck's request within ten (10) days of the date of this Order.

DATED this 25th day of March, 2024.

Donald W. Molloy, District Judge
United States District Court